U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JAN 23 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HealthSmart Benefit Solutions, Inc. | Civil Action No. 14-00776 |
| versus | Judge Richard T. Haik, Sr. |
| Principia Underwriting, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

**IT IS ORDERED** that the Motion For Summary Judgment filed by defendant Flectat Limited ("Flectat") [Rec. Doc. 41] is **DENIED**.

**THUS DONE AND SIGNED** this 22nd day of January, 2015 at Lafayette, Louisiana.

Richard T. Haik, Sr.
United States District Judge