RECEIVED
OCT - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC. | CIVIL ACTION ~~14-2875~~ 14 cv 0776 |
| VERSUS | JUDGE HAIK |
| PRINCIPIA UNDERWRITING, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT OF DISMISSAL

The Court, having been advised by counsel for the parties that the above captioned matter has settled,

**HEREBY ORDERS** that this action be dismissed without prejudice to the right, upon good cause shown, to reopen the action within **sixty (60) days** if settlement is not consummated and to seek summary judgment enforcing the compromise.

**THUS DONE and SIGNED** on this 6th day of October, 2015.

*[signature]*

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA