UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC.<br>*Plaintiff* | * * * * | C.A. NO. 6:14-cv-00776 |
| VERSUS | * * | JUDGE HAIK |
| PRINCIPIA UNDERWRITING, and HUDSON SPECIALTY INSURANCE COMPANY<br>*Defendants* | * * * * * | MAGISTRATE JUDGE WHITEHURST |

### ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The above and foregoing "Joint Motion for Entry of Order of Dismissal of All Claims with Prejudice" having been duly considered:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the same be and is hereby **GRANTED**. All claims of all parties be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs. This Court maintains the exclusive jurisdiction to determine any disputes that may arise regarding the validity, interpretation, performance, breach or enforcement of the "Settlement Agreement" that was voluntarily executed by the parties in connection with the settlement of all claims in this matter.

Lafayette, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE